# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:10-CR-00086-09-RWS |
| KENEDIS BONILLA, : | |
| Defendant. : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [577] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motions to Suppress [344, 356] are hereby **DENIED**.

**SO ORDERED** this  16th  day of September, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE